THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH S. POTTER et al., Respondents, *v.* THE BOARD OF RAILROAD COMMISSIONERS OF THE STATE OF NEW YORK et al., Defendants, and COOPERSTOWN AND NORTHERN RAILWAY COMPANY, Appellant.

*People ex rel. Potter* v. *Board of R. R. Comrs.*, 124 App. Div. 47, affirmed. (Argued May 20, 1908; decided June 2, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1908, which reversed a determination of the board of railroad commissioners granting a certificate of necessity and convenience to the Cooperstown and Northern Railway Company, and annulled such certificate.

*Celora E. Martin* and *Tilley Blakely* for appellant.

*Lynn J. Arnold* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.